# United States Court of Appeals
## For the First Circuit
_____

### NOTICE OF APPEARANCE

**No.** 26-1600 **Short Title:** Ortolano v. Bolton, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Steven Bolton _____ as the

[  ] appellant(s)     [✔] appellee(s)     [  ] amicus curiae

[  ] petitioner(s)     [  ] respondent(s)     [  ] intervenor(s)

| | |
|---|---|
| /s/ Russell F. Hilliard | 06/09/2026 |
| Signature | Date |
| Russell F. Hilliard | |
| Name | |
| Upton & Hatfield, LLP | (603) 436-7046 |
| Firm Name (if applicable) | Telephone Number |
| 159 Middle Street | (603) 369-4645 |
| Address | Fax Number |
| Portsmouth, NH 03801 | rhilliard@uptonhatfield.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 14103

Has this case or any related case previously been on appeal?

[✔] No     [  ] Yes   Court of Appeals No._____

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).