# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 26-1600          **Short Title:** Ortolano v. Bolton, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Celia K. Leonard _____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/Brian J.S. Cullen _____          06/09/2026 _____
Signature                                                              Date

Brian J.S. Cullen,Esquire _____
Name

Cullen Collimore Shirley PLLC _____          603-881-5500 _____
Firm Name (if applicable)                                     Telephone Number

37 Technology Way, Suite 3W2 _____          603-881-5507 _____
Address                                                              Fax Number

Nashua, NH  03060 _____          bcullen@cullencollimore.com _____
City, State, Zip Code                                          Email (required)

Court of Appeals Bar Number: 99808 _____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).