# United States Court of Appeals
## For the First Circuit

No. 26-1600

LAURIE ORTOLANO,

Plaintiff - Appellant,

v.

STEVEN BOLTON; CELIA LEONARD,

Defendants - Appellees,

CITY OF NASHUA, NH; KIMBERLY KLEINER; JOHN GRIFFIN; JONATHAN
DUHAMEL; MICHAEL CARIGNAN; FRANK LOMBARDI; INCEPTION
TECHNOLOGIES, INC.; RAYMOND FEOLI; JAMES DONCHESS,

Defendants.

**NOTICE**

Issued: June 12, 2026

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Madeline Kate Matulis
Emmanuel Gonzalez
Brooke Lois Lovett Shilo

The following attorneys will continue to receive notice in this case:

William E. Aivalikles
David Betancourt
Brian T. Corrigan
Brian J.S. Cullen

Dona Feeney
Russell F. Hilliard
Adam B. Pignatelli
Michael A. Pignatelli
Jonathan Michael Shirley

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Gloria - (617) 748-4214


cc:
William E. Aivalikles
David Betancourt
Brian T. Corrigan
Brian J.S. Cullen
Dona Feeney
Emmanuel Gonzalez
Russell F. Hilliard
Brooke Lois Lovett Shilo
Madeline Kate Matulis
Adam B. Pignatelli
Michael A. Pignatelli
Jonathan Michael Shirley