# United States Court of Appeals

## For the First Circuit

No. 26-1600

LAURIE ORTOLANO,

Plaintiff - Appellant,

v.

STEVEN BOLTON; CELIA LEONARD,

Defendants - Appellees,

CITY OF NASHUA, NH; KIMBERLY KLEINER; JOHN GRIFFIN; JONATHAN DUHAMEL; MICHAEL CARIGNAN; FRANK LOMBARDI; INCEPTION TECHNOLOGIES, INC.; RAYMOND FEOLI; JAMES DONCHESS,

Defendants.

**ORDER OF COURT**

Entered: June 12, 2026
Pursuant to 1st Cir. R. 27.0(d)

Appellant is presently in default for failure to file an appearance form, docketing statement and transcript report/order form.

It is ordered that if an appearance form, docketing statement and transcript report/order form are not filed on or before **June 26, 2026**, this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
William E. Aivalikles, David Betancourt, Brian T. Corrigan, Brian J.S. Cullen, Dona Feeney, Russell F. Hilliard, Adam B. Pignatelli, Michael A. Pignatelli, Jonathan Michael Shirley