# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 26-1600                **Short Title:** Ortolano v. Bolton, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Laurie Ortolano                                                                     as the

[✔] appellant(s)              [ ] appellee(s)              [ ] amicus curiae

[ ] petitioner(s)             [ ] respondent(s)            [ ] intervenor(s)


/s/ William Aivalikles                     July 01, 2026
Signature                                  Date

William Aivalikles
Name

The Law Office of William Aivalikles, P.A.   (603) 880-0303
Firm Name (if applicable)                  Telephone Number

253 Main St
Address                                    Fax Number

Nashua, NH 03060                           william@nhtriallaw.com
City, State, Zip Code                      Email (required)

Court of Appeals Bar Number: 19697


Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No.
=================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).