**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

**No. 26-1600**

LAURIE ORTOLANO,

*Plaintiff-Appellant,*

v.

STEVEN BOLTON and CELIA LEONARD,

*Defendants-Appellees.*

## AFFIDAVIT OF SAMSON RACIOPPI

I, Samson Racioppi, being duly sworn, depose and state as follows:

1. I am over the age of eighteen and competent to testify to the matters set forth in this Affidavit, each of which is based on my personal knowledge.

2. I serve as assisting counsel to William E. Aivalikles, Esq., counsel of record for Appellant Laurie Ortolano in this appeal. I was admitted to the bar of the New Hampshire Supreme Court on June 4, 2026. My application for admission to the bar of this Court was submitted on June 26, 2026, the required fee has been paid, and my admission is pending.

3. I make this Affidavit in support of Appellant's Motion for Enlargement of Time, to explain the circumstances that caused Appellant's filings to be late.

4. I was primarily responsible for preparing and timely filing four documents in this appeal: (a) the Appearance Form of Attorney Aivalikles; (b) the Docketing Statement; (c) the Transcript Order/Report Form; and (d) Appellant's Opposition to Appellees' Motion for Summary Disposition.

5. Each of these documents was substantially prepared in advance of its filing deadline. The Opposition to the Motion for Summary Disposition was drafted and ready for final review.

6. I did not complete the filings by their deadlines. On Friday, June 26, 2026, before I had filed the documents, the laptop computer on which they were stored suffered a hardware failure and ceased to function. The completed and draft documents, together with my case-related communications, were stored on that computer and became inaccessible to me.

7. The affected files remained beyond my reach through the weekend of June 27 and 28, 2026.

8. On Monday, June 29, 2026, I purchased a replacement laptop computer, installed the necessary software, and recovered the affected files. Only minor revisions were necessary to finalize the documents.

9. During this same period I was attending to significant personal responsibilities at home. I have a five-month-old child, and the child's mother is still recovering from a traumatic childbirth.

10. Upon my admission to the bar of this Court, I will promptly file my own appearance in this appeal. In the interim, the Appearance Form being filed is that of Attorney Aivalikles, who is a member of the bar of this Court and counsel of record for Appellant.

11. At no time did I intend to delay this appeal or to disregard any deadline set by the Court or by the Rules. I acted to restore access to the documents and to complete the filings at the earliest opportunity available to me. All four documents are now complete and are being filed together with the Motion for Enlargement of Time.

Signed under the pains and penalties of perjury this 1st of July, 2026:

Samson Racioppi, Esq.
Racioppi Law Office
10 Royal Oak Drive
Nashua, NH 03064
(603) 713-8587
samson@racioppilaw.com