# United States Court of Appeals
## For the First Circuit

_____

### DOCKETING STATEMENT

**No.** 26-1600                **Short Title:** Ortolano v. Bolton, et al

**Type of Action**

☑ Civil
☐ Criminal/Prisoner
☐ Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from April 29, 2026
   2. Date this notice of appeal filed May 19, 2026
      If cross appeal, date first notice of appeal filed
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) February 27, 2026
   4. Date of entry of order deciding above post-judgment motion April 24, 2026
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)
      Time extended to

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?   ☑ Yes      ☐ No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   ☐ Yes      ☑ No
         If yes, explain
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   ☐ Yes      ☑ No
         If yes, explain

C. Has this case previously been appealed?   ☐ Yes      ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   ☐ Yes      ☑ No
   If yes, cite the case and manner in which it is related on a separate page.  If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Steven Bolton
      Attorney Russell Hilliard
      Address 159 Middle Street, Portsmouth NH 03801
      Telephone 603 436 7046

   2. Adverse party Celia Leonard
      Attorney Brian Cullen
      Address 37 Technology Way, Suite 3W2, Nashua NH 03060
      Telephone 603 881 5500

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Laurie Ortolano
      Address 41 Berkeley Street, Nashua NH 03064
      Telephone 603 930 2853

      Attorney's name William Aivalikles
      Firm The Law Office of William Aivalikles, P.A.
      Address 253 Main Street, Nashua NH 03060
      Telephone 603 880 0303

   2. Appellant's name "" ""
      Address
      Telephone

      Attorney's name Samson Racioppi (primarily handling appeal upon admission)
      Firm Racioppi Law Office
      Address 10 Royal Oak Drive, Nashua NH 03064
      Telephone (603) 713 8587

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ William Aivalikles

Date  June 30, 2026