# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  Ortolano v. Bolton et al

District Court Case No.  1:22−cv−00326−LM          District of New Hampshire

Date Notice of Appeal filed  May 19, 2026          Court of Appeals Case No.  26-1600

Form filed on behalf of  Plaintiff Laurie Ortolano

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  4/3/25 Final Pretrial (#204); 04/15/25 Status Conf. (#205); 06/05/25 Final Pretrial (#202); 06/17/25 Status Conf. (#203); 01/20/26 Final Pretrial (#217);02/02/26 Motion (#227); Trial Transcripts (253; 257; 243; 258; 252; 254; 256)

## TRANSCRIPT ORDER

Name of Court Reporter  Liza Dubois

Phone Number of Reporter  603-225-1442

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

PROCEEDING(S)                                                    HEARING DATE(S)

☐ Jury Voir Dire _____
☐ Opening Statement (plaintiff) _____
☐ Opening Statement (defendant) _____
☐ Trial _____
☐ Closing Argument (plaintiff) _____
☐ Closing Argument (defendant) _____
☐ Findings of Fact/Conclusions of Law _____
☐ Jury Instructions _____
☐ Change of Plea _____
☐ Sentencing _____
☐ Bail hearing _____
☐ Pretrial proceedings (specify) _____ _____
☐ Testimony (specify ) _____ _____
☐ Other (specify) _____ _____

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✔ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☑ Private funds.
☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act.  A CJA Form 24  has been approved by the district court judge.
☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  William Aivalikles          Filer's Signature  /s/ William Aivalikles

Firm/Address  253 Main St., Nashua NH 03060          Filer's Email address  william@nhtriallaw.com

Telephone number  (603) 880-0303          Date mailed to court reporter  06/11/2026

(Court Reporter Use ONLY) Date received  _____

Form CA1-10 (6/09/09)                                    **SEE INSTRUCTIONS ON REVERSE**