# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 26-1600          **Short Title:** Ortolano v. Bolton, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Laurie Ortolano</u> as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)


<u>/s/ Samson Racioppi</u>          <u>07/02/2026</u>
Signature                              Date

<u>Samson Racioppi</u>
Name

<u>Racioppi Law Office</u>          <u>603 713 8587</u>
Firm Name (if applicable)          Telephone Number

<u>10 Royal Oak Drive</u>          _____
Address                              Fax Number

<u>Nashua, NH 03064</u>          <u>samson@racioppilaw.com</u>
City, State, Zip Code          Email (required)

Court of Appeals Bar Number: <u>1224905</u>


Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).