# United States Court of Appeals
## For the First Circuit

No. 26-1600

LAURIE ORTOLANO,

Plaintiff - Appellant,

v.

STEVEN BOLTON; CELIA LEONARD,

Defendants - Appellees,

CITY OF NASHUA, NH; KIMBERLY KLEINER; JOHN GRIFFIN; JONATHAN DUHAMEL; MICHAEL CARIGNAN; FRANK LOMBARDI; INCEPTION TECHNOLOGIES, INC.; RAYMOND FEOLI; JAMES DONCHESS,

Defendants.

**ORDER OF COURT**

Entered: July 23, 2026
Pursuant to 1st Cir. R. 27.0(d)

Construed as a motion for leave to file an appearance form, docketing statement, transcript report/order form, and appellant's response to the appellees' motion to dismiss or for summary disposition, Appellant Laurie Ortolano's July 1, 2026 motion is granted, and the documents are accepted for filing this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
William E. Aivalikles, Samson Racioppi, Russell F. Hilliard, Brooke Shilo, Madeline Kate Matulis, Brian J.S. Cullen, Jonathan Michael Shirley, Dona Feeney, David Betancourt, Michael A. Pignatelli, Adam B. Pignatelli, Brian T. Corrigan, Emmanuel Gonzalez