# United States Court of Appeals
## For the First Circuit

No. 26-1600

LAURIE ORTOLANO,

Plaintiff - Appellant,

v.

STEVEN BOLTON; CELIA LEONARD,

Defendants - Appellees,

CITY OF NASHUA, NH; KIMBERLY KLEINER; JOHN GRIFFIN; JONATHAN DUHAMEL; MICHAEL CARIGNAN; FRANK LOMBARDI; INCEPTION TECHNOLOGIES, INC.; RAYMOND FEOLI; JAMES DONCHESS,

Defendants.

**ORDER OF COURT**

Entered: July 23, 2026
Pursuant to 1st Cir. R. 27.0(d)

Appellant's Transcript Report/Order Form is non-compliant for the following reasons:

• Transcript Order Form contains conflicting information whether Transcript Already Filed in District Court as the Transcripts Are Being Ordered where Section "B" is checked off, as Financial Arrangement Has Been Made with Private Funds. If you would like to request transcripts that were previously filed, specify the type of proceeding, the date of the proceeding, and docket entry of the minute entry from the District Court's docket. Please list under both "Transcript Already Filed in District Court" and under section 'A' checking off the related box.

• The type of proceeding is not indicated on the Transcript Order Form for each requested transcript.

• A separate Transcript Order Form must be completed for each court reporter from whom a transcript is requested. If the district court docket reflects that software, such as For the Record (FTR), Tape, or Digital Recording (DRC) was used to record audio of the requested hearing, the Transcript Order Form and CJA 24 Voucher must identify "FTR" as the court reporter.

Appellant is ordered to file a corrected Transcript Report/Order Form by **August 6, 2026**.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
William E. Aivalikles
Samson Racioppi
Russell F. Hilliard
Brooke Shilo
Madeline Kate Matulis
Brian J.S. Cullen
Jonathan Michael Shirley
Dona Feeney
David Betancourt
Michael A. Pignatelli
Adam B. Pignatelli
Brian T. Corrigan
Emmanuel Gonzalez