# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __Ortolano v. Bolton et al__

District Court Case No. __1:22-CV-00326-LM__     District of __New Hampshire__

Date Notice of Appeal filed __May 19, 2026__     Court of Appeals Case No. __26-1600__

Form filed on behalf of __Plaintiff / Appellant Laurie Ortolano__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) __See attached page__

## TRANSCRIPT ORDER

Name of Court Reporter _____

Phone Number of Reporter _____

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | _____ |
| ☐ Opening Statement (plaintiff) | _____ |
| ☐ Opening Statement (defendant) | _____ |
| ☐ Trial | _____ |
| ☐ Closing Argument (plaintiff) | _____ |
| ☐ Closing Argument (defendant) | _____ |
| ☐ Findings of Fact/Conclusions of Law | _____ |
| ☐ Jury Instructions | _____ |
| ☐ Change of Plea | _____ |
| ☐ Sentencing | _____ |
| ☐ Bail hearing | _____ |
| ☐ Pretrial proceedings (specify) _____ | _____ |
| ☐ Testimony (specify ) _____ | _____ |
| ☐ Other (specify) _____ | _____ |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.

☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)

☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.

☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.

☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Samson Racioppi__     Filer's Signature __/s/ Samson Racioppi__

Firm/Address __Racioppi Law Office__     Filer's Email address __samson@racioppilaw.com__

Telephone number __603 713 8587__     Date mailed to court reporter __n/a__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)     **SEE INSTRUCTIONS ON REVERSE**

**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

**No. 26-1600**

LAURIE ORTOLANO,
Plaintiff-Appellant,

v.

STEVEN BOLTON and CELIA LEONARD,
Defendants-Appellees.

**APPELLANT LAURIE ORTOLANO'S TRANSCRIPT REPORT**

NOW COMES Plaintiff / Appellant and, in accordance with this Court's order dated July 23, 2026, hereby files a corrected transcript order form / report. The following transcripts necessary for this appeal are already on file at the District Court:

1. Docket #202: June 5, 2025 Pretrial & Status Conference.

2. Docket #203: June 17, 2025 Status Conference.

3. Docket #204: April 3, 2025 Final Pretrial Conference.

4. Docket #205: April 15, 2025 Motion Hearing.

5. Docket #217: January 20, 2026 Pretrial Conference.

6. Docket #227: February 2, 2026 Final Pretrial Conference.

7. Docket #243: February 6, 2026 Trial Day 4 – Morning Session.

1

8. Docket #246: February 5, 2026 Excerpt of Jury Trial Testimony of Celia Leonard.

9. Docket #247: February 6, 2026 Excerpt of Jury Trial Testimony of Steven Bolton.

10. Docket #248: February 6, 2026 Excerpt from Jury Trial After Testimony Concluded.

11. Docket #249: February 9, 2026 Excerpt Transcript, Jury Trial Day 5, Discussion re: Jury Instructions and Jury Question #2.

12. Docket #252: February 4, 2026 Jury Trial Day 2 – Morning Session.

13. Docket #253: February 5, 2026 Jury Trial Day 3 – Afternoon Session.

14. Docket #254: February 6, 2026 Jury Trial Day 4 – Afternoon Session.

15. Docket #255: February 9, 2026 Jury Question Number One.

16. Docket #256: February 9, 2026 Jury Trial Day 5 – Morning Session and Jury Verdict.

17. Docket #257: February 5, 2026 Jury Trial Day 3.

18. Docket #258: February 3, 2026 Jury Trial Day 1 – Afternoon Session.

Each of the above transcripts have already been transcribed and filed with the District Court, and are already in Appellant's possession. Accordingly, this constitutes only a transcript report in accordance with Fed. R. App. P. 10(b)(1)(A).

**Dated: August 6, 2026**    Respectfully Submitted,

Plaintiff Laurie Ortolano.
By her Attorney,

/s/ Samson Racioppi
Samson Racioppi, Esq.
First Circuit Bar # 1224905
Racioppi Law Office
10 Royal Oak Drive
Nashua, NH 03064
(603) 713-8587
Samson@racioppilaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of this filing was served via electronic filing / PACER upon counsel of record.

**Dated: August 6, 2026**    /s/ Samson Racioppi
Samson Racioppi